John C. TARPLEY, Respondent,

v.

Angela K. TARPLEY, Appellant.

No. WD 67653.

Missouri Court of Appeals,
Western District.

March 25, 2008.

David B. Sexton, Gladstone, MO, for Appellant.

M. Andrew Roffmann, Liberty, MO, for Respondent.

Before HOWARD, C.J., DANDURAND and AHUJA, JJ.

### ORDER

PER CURIAM.

Angela Tarpley appeals the judgment of the trial court preventing her from relocating with the parties' minor child to Columbia, Missouri. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

David Earl ROBERSON, Appellant.

No. WD 67595.

Missouri Court of Appeals,
Western District.

March 25, 2008.

Nancy McKerrow, Columbia, MO, for appellant.

Shaun MacKelprang, Jefferson City, MO, for respondent.

Before HARDWICK, P.J., SMART, J. and WELSH, Sp. J.

### ORDER

PER CURIAM.

David Roberson appeals from his conviction on four counts of forgery. The judgment is affirmed. Rule 30.25(b).